Case 1:22-mj-00122-RMM   Document 1-1

Case: 1:22−mj−00122
Assigned To : Meriweather, Robin M.
Assign. Date : 5/27/2022
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

1. On April 6, 2022, a mandated reporter ("RP1") notified the District of Columbia's Child and Family Services ("CFSA") Child Abuse Hotline that a fourteen-year-old girl ("Minor Victim 1/MV1") disclosed that she had sent nude images of herself to an adult man in exchange for money.

2. On April 7, 2022, law enforcement, along with a social worker from CFSA ("SW1"), responded to MV1's residence in Washington, D.C., to interview MV1's mother ("W1").

3. W1 reported that MV1 told her that the adult man "slid into her DMs" on Snapchat, and that this man told her that she is beautiful. According to MV1, the man asked for pictures of the fourteen-year-old girl in exchange for money. MV1 told W1 that this man wanted to meet her in person, but MV1 said no. MV1 also told W1 that the man claimed to live "near Grosvenor"[1] and that he wanted MV1 to meet him there. In reference to the photos, MV1 told W1 that she sent this adult man photos of her "butt" and "boobs," and that, in exchange, the man sent her money on Venmo.

4. W1 provided law enforcement with MV1's phone number. Law enforcement was then able to locate a Snapchat account and a Venmo account belonging to MV1.

5. On April 13, 2022, law enforcement interviewed MVI. Below is a brief summary of what she reported:

    a. MV1 said that the man she met online and chatted with uses the name, "Johnny." He told her that he is 28 years old, and that he lives in Maryland near the Grosvenor metro. MV1 stated that Johnny had "swiped up" on her Snapchat story and sent her a private message. MV1 said that he offered her money in exchange for pictures of her. MV1 stated that Johnny initially sent her money on CashApp, but when the transaction did not work, she told him to send her the money via Venmo. MV1 said that Johnny sent her a total of approximately $610 in 8 different Venmo transactions, with the most recent transaction occurring on April 12, 2022.

    b. MV1 estimated that she sent Johnny approximately 40-50 photos and videos of herself, stating that she took pictures of her "ass" and "chest." She said that sometimes she was wearing underwear and sometimes she was fully nude in these

---

[1] The Grosvenor-Strathmore metro station, located at 10412 Rockville Pike, North Bethesda, MD 20852.

      pictures. MV1 stated that Johnny also asked her to send him pictures of "her pussy," but MV1 refused. MV1 also disclosed that Johnny repeatedly asked her to come to his residence, stating "I want to make love."

    c. According to MV1, near the beginning of their interactions, she asked Johnny how old he was. MV1 said that Johnny claimed to be 28. When he asked MV1 how old she was, she responded, "you know my age." MV1 said that Johnny made references to her being the "age of consent," and that she was 16 years old. MV1 admitted that, at that time, she did not correct him and tell him that she was only 14 years old. Furthermore, MV1 said that Johnny sent her explicit pictures, including "dick pics," and videos of himself masturbating.

    d. MV1 stated that she chatted with Johnny while she was at home in Washington, D.C.

6. Law enforcement was able to review the saved chats/Snapchat messages that occurred between MV1 and Johnny on MV1's phone. The messages started on April 6, 2022, and spanned until April 12, 2022. The chats consisted of Johnny sending messages such as "wyd," "baby," "when are we meeting up" and "heyyy." The most recent message was sent by Johnny on April 12, 2022. In that message, Johnny wrote, "Send you some food money" and "Hello."

7. On April 15, 2022, W1 reported to law enforcement that Johnny sent additional messages to MV1. In some of these messages he wrote, "Wow not even a thank you" and "When you trying to link" with a photo message. W1 said that MV1 did not open the photo; however, she stated that "every other photo sent previously was of his penis."

8. Administrative subpoenas were sent to Snapchat and Venmo for any and all subscriber information associated with MV1's and Johnny's account. Venmo identified the phone number 269-806-7563 as being associated with Johnny's Venmo account.

9. A search of a law enforcement databases showed that "JONATHAN TRIESTRAM WILLIS" ("WILLIS") was associated with the phone number 269-806-7563. WILLIS was linked to addresses in multiple states, including Texas, Michigan, New York, Florida, and Maryland. One of the addresses associated with WILLIS is an apartment complex located in Rockville, Maryland, within .5 miles of the Grosvenor Metro Station. According to law enforcement databases, WILLIS is approximately 36 years old.

10. An opensource social media search found a Facebook account for a "Jonathan Willis." On the user's Facebook page, there were several posts available to the public, including a "life event" of moving to North Bethesda, Maryland in March 2021, and several prior moves listed on the "Places Lived" page that were consistent with the address history associated with WILLIS in the law enforcement database search.

11. An administrative subpoena was served upon Facebook for information related to this account. Pursuant to this subpoena, Facebook provided a phone number linked with the account: 269-806-7563. This is the same phone number linked to "Johnny's" Venmo account described above.

12. Pursuant to an administrative subpoena, Verizon listed the subscriber to phone number 269-806-7563 as Sherry Willis of Kalamazoo, Michigan. The Kalamazoo, Michigan address provided by Verizon matches an address that WILLIS previously used for his driver's license and for a vehicle registration. Additionally, Sherry Willis is listed as an emergency contact for WILLIS in a law enforcement database.

13. On May 11, 2022, an online covert employee ("OCE"), with the assistance of MV1, conducted a chat session with WILLIS on Snapchat using MV1's account. The chat session included messages from WILLIS asking MV1 "When we hanging out" and telling MV1 "I miss you."

14. On May 12, 2022, the OCE, with the assistance of MV1, conducted a second chat session with WILLIS on Snapchat using MV1's account. During the chat session, WILLIS acknowledged MV1's true age (14 years old) and acknowledged that he would go to jail if he was caught. After acknowledging MV1's age, WILLIS sent MV1 an image of his erect penis and requested that she send him a photograph of her "pussy" "laying down spread open." The chat transcript is as follows:

> **WILLIS**: Wyd babe am I still daddy? wyd
> **WILLIS**: [MV1's Name]
> **WILLIS**: Baby
> **WILLIS**: [MV1's Name]
> **WILLIS**: Baby
> **WILLIS**: Baby

**WILLIS** [sends MV1 a picture of a black and white blanket with the message, "wyd baby."]

**WILLIS**: For 2 day

**MV1**: Okay sorry b i had school

**WILLIS**: Okay

**MV1**: Wyd

**WILLIS**: Heading home you?

**MV1**: Im doing so much homework m im just tryna pass 8th grade lmfaoo

**WILLIS**: Oh damn I thought you was older

**MV1**: I told u i was 14 if thats a problem let me know

**WILLIS**: Nope you have a problem with me being older

**MV1**: Not rlly how old r u

**WILLIS**: 28

**MV1**: idc if u dont care

**WILLIS**: I mean you have seen my cock

**MV1**: lol

**WILLIS**: Did you like it

**MV1**: I dont remember

**WILLIS**: Lol you alone rn

**MV1**: Why

**WILLIS**: You wanna see it have you had sex yet?

**MV1**: Yeah

**WILLIS** [sends an image of his erect penis. WILLIS appears to be sitting in the driver's seat of a vehicle, as a steering wheel is visible. WILLIS is wearing tan slacks.]

**WILLIS**: Wanna sit on it? Who did you have sex with?

**MV1**: Some guy

**WILLIS**: Oh nice you like mine

**MV1**: Idk

**WILLIS**: Oh we should link

**MV1**: When and what do u want to do

**WILLIS**: Tonight. What do you want to do

**MV1**: I cant tonight its a school night silly

**WILLIS**: Damn

**WILLIS**: What do you want to do. Want me to eat you out? I mean if we link

**MV1**: Idk

**WILLIS**: Lick your pussy. Can I see you baby. Could we have sex

**MV1**: Like only if i wont get in trouble

**WILLIS**: I would get in more trouble then you baby I'd go to jail if we got caught. You really want to have sex? Baby can you send daddy pics baby

**MV1**: I'm cool if you are

**WILLIS**: Oh course lets meet up

**MV1**: what kinna pics lol

**WILLIS**: Naughty

**MV1**: Ok what u wanna me to do I will have to go in the other room mom so nosey lol

**WILLIS**: Show daddy where you want his cock

**MV1**: U still have the other pics I sent

**WILLIS**: My old snap I lost them

**MV1**: Oh ok

**WILLIS**: Also do you really want to have sex because I'm serious

**MV1**: I'm cool just dont want to get pregnant and dont want to get caught

**WILLIS**: Ya I dont want that either

**MV1**: Ok

**WILLIS**: But you can get away for awhile?

**MV1**: I cant tonight because my mom is here

**WILLIS**: Ya I know but normally can you

**MV1**: I would have to plan it like I was going to a friends or something

**WILLIS**: Okay true but thats a good idea I'll pull out just so you know

**MV1**: Ok cool where u want to do it

**WILLIS**: My place?

**MV1**: Ok where u live

**WILLIS**: Grosvenor station

**MV1**: Ok maybe next week?

**WILLIS**: Ok baby

**MV1**: Cool

**WILLIS**: Full on sex?

**MV1**: No ass lol

**WILLIS**: But you riding my cock

**MV1**: Yes

**WILLIS**: Mmm I want that now

**MV1**: Lol

**WILLIS**: You okay with me going raw...then pulling out

**MV1**: Are you clean

**WILLIS**: Of course are you

**MV1**: Yes

**WILLIS**: You like sex

**MV1**: Yeah I only did it once fully

**WILLIS**: Did he wear a condom

**MV1**: No

**WILLIS**: Good feels way better that way. How old was he

**MV1**: 15

**WILLIS**: I will def do it better I promise

**MV1**: Ok thanks

**WILLIS**: White or black boy

**MV1**: Spanish

**WILLIS**: Oh okay. Ive never had sex with a girl your age before

**MV1**: I've never had sex with someone your age before

**WILLIS**: You want to though

**MV1**: Yeah If I am to young for you I understand though

**WILLIS**: No way

**MV1**: I will be nervous since your older

**WILLIS**: You act older I will be nervous since you are younger. You wont tell any one will you

**MV1**: Noooooo U better not

**WILLIS**: I def won't baby

**MV1**: Ok

**WILLIS**: Like I'm kinda ready for you now baby. Why you want to have sex with me?

**MV1**: Idk we been talking for a while

**WILLIS**: Ya we have I do like you [MV1's Name]

**MV1**: awww

**WILLIS**: Not going to lie...thinking of you has me so hard rn

**MV1**: Really

**WILLIS**: Yes babygirl can daddy see you?

**MV1**: What u want to seee

**WILLIS**: Tits pussy can we talk on the phone?

**MV1**: Ok I will have to wait till she goes to her room

**WILLIS**: Okay baby I'm stroking it right now

**MV1**: How u want me to send the pussy like standing naked?

**WILLIS**: Yes or laying down spread open

**MV1**: Ok u promise u won't save

**WILLIS**: Promise

**MV1**: Ok let me talk to my mom for a bit then I'll try to take the pics when she goes to bed

**WILLIS**: Ok baby

**MV1**: Ok talk soon

15. On Tuesday May 24, 2022, the undersigned, acting in an undercover capacity in an office located in the District of Columbia, assumed the Snapchat identity of the victim on MV1's Snapchat social media account and began communicating with the defendant. Upon opening the MV1's Snapchat account, the undersigned observed offline messages that were left by the defendant including an image. The image depicted an erect penis with the message, "come have fun." The following is a transcript of the offline messages left by the defendant:

**WILLIS**: Wyd

**WILLIS**: Hi

**WILLIS**: Baby

The following is a transcript of the chat communications between the undersigned and the defendant on May 24, 2022:

**MV1**: Hey wyd just got phone back

**WILLIS**: Ok I'm at my place bored you miss me

**MV1**: Your lucky I wish I was by myself I'm bout to strangle my mom

**WILLIS**: I wish you could come over

**MV1**: I do!!!

**WILLIS**: You want to?

**MV1**: I want to but Monday will be better mom will be at work and I don't have school

**WILLIS**: I have to be at work on Monday

**MV1**: What time will u be home

**WILLIS**: What do you want to do then Ill be home around 3

**MV1**: Ok that works

**WILLIS**: Really? What do you want to do?

**MV1**: If your ok with it

**WILLIS**: Ya I'm ok with it

**MV1**: What we talked about last time lol

**WILLIS**: What's that

**MV1**: Like sticking in me

**WILLIS**: Sticking what in you

**MV1**: Dick silly like I said cant have a baby though that wouldn't be good

**WILLIS**: Ok I'm down wyd rn your 16 right?

**MV1**: Bored

**WILLIS**: Wish u could come right now

**MV1**: Nope I'm 14 you don't remember. But if that's to young I understand not looking to get in trouble or u

**WILLIS**: No its fine send a pic rn please

**MV1**: I will

**WILLIS**: You wanna see it rn

**MV1**: As soon as mom goes to her room

**WILLIS**: Ok

**MV1**: I took that pussy pic but it was so dark you couldn't see

**WILLIS**: Oh ya I was wondering

**MV1**: Yep

**WILLIS**: You wanna come ride me rn?

**MV1**: That would be better than sitting here lol

**WILLIS**: Yes it would get you fully nude in my bed

**MV1**: Yes

**WILLIS**: What's the oldest guys bed you been in

**MV1**: Just that one boy I was telling u about, haven't messed with anyone older

**WILLIS**: I thought you told me 23 one time. Tease daddy rn?

**MV1**: I mean I have talked to peeps on snap but like real life just messed around with boys near my age

**WILLIS**: You want me to send a pic rn. Oh gotcha. You like older dick though?

**MV1**: I like you. We been chatting for a while so I feel cool with u

**WILLIS**: Ya we have. Just wish we could link up more

**MV1**: I mean I sent u pics of my tits n ass lol

**WILLIS**: True. I love those pics wish I could see more

**MV1**: aww I know what u wanna see

**WILLIS**: Full nude baby

**MV1**: Like standing up mirror shot

**WILLIS**: Both babe. You wanna see my dick rn

**MV1**: Ok

**WILLIS**: Just get on the train and come ride daddy

**MV1**: I wish I can

**WILLIS**: You going suck my cock?

**MV1**: Yes baby

**WILLIS**: You can just get on it

**WILLIS**: [Sends an image of his erect penis. Focus of the picture is on his penis].

**MV1**: Its big

**WILLIS**: Will you be able to handle it is it big?

**MV1**: Looks big

**WILLIS:** Come ride it help me cum

**MV1**: I wish I could now

**WILLIS**: Do it just come get on the train and ride it to my place

**MV1**: I can Monday

**WILLIS**: Like for real?

**MV1**: Yes

**WILLIS**: You will be my first teenager

**MV1**: [Sends blushing emoji]

**WILLIS**: Kinda nervous

**MV1**: Me too

**WILLIS**: You ever ride a big one before

**WILLIS**: Send pics baby

**MV1**: How u want me to pose

**WILLIS**: [Sends another pic of himself grabbing his bare erect penis]

**WILLIS**: How ever you want babe

**MV1**: Wow. Ok trying to sneak a pic without getting caught lol

**WILLIS**: Mmmm okay. Love that. My cock needs your teen pussy

**MV1**: [Sends a heart emoji]

**WILLIS**: Baby I'm waiting to see. I need to cum

**MV1**: I know. I will what will make u cum

**WILLIS** Your nude teen body

**MV1**: Like standing up? Need her to go in the other room

**WILLIS**: You should go to the bathroom and sitting down with your legs spread

**MV1:** Panties on

**WILLIS**: On and off

**MV1**: Ok Ill have to aim phone on my pussy cause the mirror is high

**WILLIS**: Ok baby

**MV1**: What time u go to bed easier when she is in her room

**WILLIS**: Later but daddy is so hard rn

**MV1**: Ok she just made dinner let me eat and I'll send u the pics

**WILLIS**: How will you make me cum when you are here. Do you have a dad or step dad?

**MV1**: I don't like talking about him not in my life

**WILLIS**: Gotcha so no step dad

**MV1**: I'm going to eat. No step. Ttly

**WILLIS**: Baby I'm still hard

**MV1**: Ok I'll be on later

**WILLIS**: [Sends a video of himself masturbating his penis with his hand]

**WILLIS**: You promise its all yours babe. How will you make me cum on Monday

**MV1**: Suck and ride like we talked about. I'll be on later

**WILLIS:** Ok

## CONCLUSION

16. Based on the aforementioned facts, there is probable cause to believe that Jonathan WILLIS has committed the following offenses: 18 USC § 2422(b) (Coercion and Enticement of a Minor), on or about and between April 6, 2022, and May 24, 2022, and 18 USC § 1470 (Transfer of Obscene Materials to Minors) on May 24, 2022.

Respectfully submitted,

_____
Melia Dickinson
Detective, Metropolitan Police Department
TFO Federal Bureau of Investigation

Subscribed and sworn telephonically before me in accordance with the requirements of Fed. R. Crim. P. 4.1 on May 27, 2022.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE