AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID # 114029817

United States of America
v.
Jonathan Willis (AKA: John Willis, Johnathon Willis, Jonathan Willis, Jonathan Willis, Johnathan K Willis, Johnathon K Willis, Jonathan K Willis)

*Defendant*

)
)  Case: 1:22-mj-00122
)  Assigned To : Meriweather, Robin M.
)  Assign. Date : 5/27/2022
)  Description: Complaint W/ Arrest Warrant
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                  Jonathan Willis                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 2422(b) (Coercion and Enticement of a Minor);
18 USC § 1470 (Transfer of Obscene Materials to Minors).

Date:   05/27/2022

2022.05.27
18:51:56 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.              Robin M. Meriweather, U.S. Magistrate Judge
                                                *Printed name and title*

### Return

This warrant was received on *(date)* 05/31/2022, and the person was arrested on *(date)* 06/09/2022
at *(city and state)* Washington, DC.

Date:  06/09/2022

*Arresting officer's signature*

Justin Trotman, DUSM
*Printed name and title*